# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CURTIS MCDONALD, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED, a Delaware corporation, and ABM AVIATION, INC., a Georgia corporation<br><br>*Defendants*. | Case No. 1:17-cv-08154<br><br>Hon. Judge Robert M. Dow Jr.<br><br>Hon. Magistrate Judge M. David Weisman |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

ABM Industries Incorporated and ABM Aviation, Inc. ("Defendants"), by and through undersigned counsel, and for their Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint respectfully state as follows:

1. On October 12, 2017, Curtis McDonald ("Plaintiff") commenced this litigation by filing a complaint against Defendants in the Circuit Court of Cook County, Illinois, Chancery Division. (*See* DE 1-1.)

2. Defendant ABM Industries Incorporated was served on October 13, 2017, and its answer to the Complaint is currently due on November 17, 2017. (*See* DE 1 ¶ 2); *see also* Fed. R. Civ. P. 81(c)(2). ABM Aviation, Inc. has not yet been served. (*See* DE 1 ¶ 3.)

3. Defendants recently retained undersigned counsel to represent them in this litigation.

4. Counsel for Defendants is reviewing the Complaint and conducting a thorough internal investigation into the allegations, and needs additional time to complete their investigation and prepare the responsive pleading.

5. On November 13, 2017, counsel for Defendants contacted Mr. William P. Kingston, counsel for Plaintiff and the putative class, and requested an extension of time to respond to the Complaint.

6. Mr. Kingston stated that he had no objection to Defendants' request for additional time to respond up to and including December 15, 2017.

7. This is Defendants' first request for an extension of time to respond to the Complaint, and it is not being made for purposes of delay or any other improper reason. This extension will impact Mandatory Initial Discovery Pilot Project dates.

WHEREFORE, ABM Industries Incorporated and ABM Aviation, Inc. respectfully request this Honorable Court to enter an order extending the deadline by which they must respond to Plaintiff's Complaint to and including December 15, 2017 and to grant all such other relief it deems equitable and just.

Dated: November 15, 2017

**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**

By: /s/ David S. Almeida

David S. Almeida
dalmeida@beneschlaw.com
Mark S. Eisen
meisen@beneschlaw.com
**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**
333 West Wacker Drive, Suite 1900
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** was served upon all interested parties using this Court's ECF filing system this 15th day of November, 2017.

/s/ David S. Almeida