# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CURTIS MCDONALD, individually and on behalf of all others similarly situated, *Plaintiffs*, v. ABM INDUSTRIES INCORPORATED, a Delaware corporation, and ABM AVIATION, INC., a Georgia corporation *Defendants*. | Case No. 1:17-cv-08154 <br><br> Hon. Judge Robert M. Dow Jr. <br><br> Hon. Magistrate Judge M. David Weisman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, November 21, 2017 at 9:15 a.m., the undersigned will appear before the Honorable Judge Robert M. Dow Jr. or any judge sitting in his stead in Courtroom 1919 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois, and then and there present Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint.

Dated: November 15, 2017    **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By: /s/ David S. Almeida

David S. Almeida
dalmeida@beneschlaw.com
Mark S. Eisen
meisen@beneschlaw.com
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
333 West Wacker Drive, Suite 1900
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing **NOTICE OF MOTION** was served upon all interested parties using this Court's ECF filing system this 15th day of November, 2017.

/s/ David S. Almeida