**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| CURTIS MCDONALD, individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiff*,<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED, a Delaware corporation, and ABM AVIATION, INC., a Georgia corporation,<br><br>*Defendants*. | )<br>)<br>)  No. 17-cv-8154<br>)<br>)<br>)  Hon. Robert M. Dow Jr.<br>)<br>)  Magistrate Judge M. David Weisman<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S *UNOPPOSED* MOTION TO EXTEND
BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**

Plaintiff, Curtis McDonald, by and through his undersigned counsel, hereby moves for entry of an Order extending the briefing schedule for Defendants' Motion to Dismiss for Failure to State a Claim and to Hold the MIDP in Abeyance (the "Motion to Dismiss"). In support of his Motion, which is unopposed by Defendants, Plaintiff states as follows:

1. On January 5, 2018, Defendants filed their Motion to Dismiss. (Dkt. 21).

2. Plaintiff's deadline to respond to the Motion to Dismiss is currently February 15, 2018, and Defendants' deadline to file a reply is March 1, 2018. (Dkt. 24).

3. Plaintiff seeks additional time to address the issues presented in Defendants' Motion to Dismiss and to prepare a proper response. Thus, Plaintiff respectfully requests an eleven (11) day extension of time, until and including February 26, 2018, for Plaintiff to respond to Defendants' Motion to Dismiss.

4. Plaintiff brings this Motion in good faith and not for purposes of delay. This is Plaintiff's first request for an extension of time to respond to Defendants' Motion to Dismiss.

5. No other pretrial deadline or trial date has been set, and the requested extension of time will therefore not alter any other deadline or otherwise impede the litigation.

6. Prior to filing this Motion, Plaintiff's counsel conferred with Defendants' counsel and Defendants do not oppose the relief sought in this Motion.

7. WHEREFORE, Plaintiff Curtis McDonald respectfully requests that the Court enter an Order: (1) extending the deadline for Plaintiff to respond to Defendants' Motion to Dismiss until and including February 26, 2018, and (2) resetting the deadline for Defendants to file their reply brief until and including March 12, 2018.

Date: February 14, 2018

Respectfully submitted,

CURTIS MCDONALD, individually and on behalf of a class of similarly situated individuals

/s/ Evan M. Meyers
One of Plaintiff's Attorneys

Evan M. Meyers
Jad Sheikali
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
emeyers@mcgpc.com
jsheikali@mcgpc.com

*Counsel for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

 I hereby certify that, on February 14, 2018, I filed the foregoing *Plaintiff's Unopposed Motion to Extend the Briefing Schedule on Defendants' Motion to Dismiss* using the Court's CM/ECF Filing System, which will cause a true and correct copy to be sent via electronic transmission to all counsel of record.

                /s/ Evan M. Meyers