# EXHIBIT C
Declaration of Myles McGuire

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| CURTIS MCDONALD, individually and on behalf of a class of similarly situated individuals, | ) ) ) Case No. 17-cv-8145 |
| *Plaintiff*, | ) ) ) Hon. Robert M. Dow |
| v. | ) ) Hon. Magistrate M. David Weisman |
| ABM INDUSTRIES INCORPORATED, a Delaware corporation; ABM AVIATION, INC., a Georgia corporation, | ) ) ) ) |
| *Defendants*. | ) |

## DECLARATION OF MYLES MCGUIRE

I, Myles McGuire, hereby aver pursuant to 28 U.S.C. § 1746 that I have personal knowledge of all matters set forth herein unless otherwise stated and that I would testify thereto if called as a witness in this matter.

1. I am an adult over the age of 18 and a resident of the State of Illinois. I am fully competent to make this Declaration, and I do so in support of Plaintiff's Motion for Class Certification.

2. I am the Managing Partner of the law firm McGuire Law, P.C. and am licensed to practice law in the state of Illinois. I am one of the attorneys representing Plaintiff Curtis McDonald and the putative class.

3. McGuire Law, P.C. is a litigation firm based in Chicago, Illinois that focuses on class action litigation, representing clients in both state and federal trial and appellate courts throughout the country.

4.      The attorneys representing Plaintiff are well-suited to represent the putative class in this matter. There are multiple attorneys representing Plaintiff and the putative class, with myself, Evan M. Meyers and Jad Sheikali, seeking to be Class Counsel.

5.      I am a graduate of Marquette University and Marquette University Law School. I have been admitted to practice in the Illinois Supreme Court, the U.S. District Court for the Northern District of Illinois, and in other federal courts throughout the county, including the U.S. Supreme Court, where I recently served as lead counsel in a case of seminal importance to class action jurisprudence nationwide. *See Campbell-Ewald Co. v. Gomez*, 136 S. Ct. 663 (2016). I have successfully prosecuted claims on behalf of my clients in trial and appellate courts at both the state and federal levels throughout the country involving consumer fraud, unfair competition, invasion of privacy, statutory violation, false advertising and breach of contract, among many others.

6.      My colleague, Evan M. Meyers, received his B.A. from the University of Michigan and graduated from the University of Illinois College of Law in 2002. In addition to his class action experience, he has extensive experience in complex commercial litigation and has regularly litigated cases in state and federal trial and appellate courts across the nation, including in the U.S. District Court for the Northern District of Illinois, the Ninth Circuit Court of Appeals, the Judicial Panel on Multidistrict Litigation, and the U.S. Supreme Court.

7.      My colleague, Jad Sheikali, is an associate at McGuire Law and has been involved in numerous class actions in state and federal courts, including several cases involving the Illinois BIPA. Mr. Sheikali received his B.A. from the University of Florida and his J.D. from Loyola University of Chicago School of Law.

8. I and the other attorneys of McGuire Law have regularly engaged in complex litigation on behalf of consumers and have extensive experience in class action lawsuits similar in size and complexity to the instant case. McGuire Law attorneys have served as lead counsel in numerous complex consumer class actions. *See, e.g.*, *Shen et al v. Distributive Networks, Inc.* (N.D. Ill. 2007); *McFerren et al v. AT&T Mobility, LLC* (Sup. Ct. Fulton County, Ga. 2008); *Gray et al v. Mobile Messenger Americas, Inc. et al.,* (S.D. Fla. 2008); *Gresham et al v. Keppler & Associates, LLC et al.,* (Sup. Ct. Los Angeles County, Cal. 2008); *Weinstein et al v. The Timberland Co., et al.* (N.D. Ill. 2008); *Sims et al v. Cellco Partnership* et al., (N.D. Cal. 2009); *Van Dyke et al v. Media Breakaway, LLC et al.,* (S.D. Fla. 2009); *Paluzzi, et al. v. mBlox, Inc., et al.*, (Cir. Ct. Cook County, Ill. 2009); *Valdez et al v. Sprint Nextel Corporation* (N.D. Cal. 2009); *Parone et al v. m-Qube, Inc. et al.,* (Cir. Ct. Cook County, Ill. 2010); *Satterfield et al v. Simon & Schuster* (N.D. Cal. 2010); *Espinal et al v. Burger King Corporation et al.,* (S.D. Fla. 2010); *Lozano v. Twentieth Century Fox*, (N.D. Ill. 2011); *Williams et al v. Motricity, Inc. et al.,* (Cir. Ct. Cook County, Ill. 2011); *Walker et al v. OpenMarket, Inc. et al.,* (Cir. Ct. Cook County, Ill. 2011); *Schulken at al v. Washington Mutual Bank, et al.*, (N.D. Cal. 2011); *In re Citibank HELOC Reduction Litigation* (N.D. Cal 2012); *Kramer et al v. Autobytel* et al., (N.D. Cal. 2011); *Rojas et al v. Career Education Co.* (N.D. Ill. 2012); *Ellison et al v. Steven Madden, Ltd.* (C.D. Cal. 2013); *Robles et al v. Lucky Brand Dungarees, Inc.* et al., (N.D. Cal. 2013); *Pimental et al v. Google, Inc. et al.,* (N.D. Cal. 2013); *In re Jiffy Lube Spam Text Litigation* (S.D. Cal. 2013); *Lee et al v. Stonebridge Life Ins. Co. et al.*, (N.D. Cal. 2013); *Gomez et al v. Campbell-Ewald Co.* (C.D. Cal. 2014); *Murray et al. v. Bill Me Later, Inc.*, 12-cv-4789 (N.D. Ill. 2014); *Valladares et al v. Blackboard, Inc.* (Cir. Ct. Cook County, Ill. 2016); *Hooker et al. v. Sirius XM Radio, Inc.* (E.D. Va. 2016); *Seal et al. v. RCN Telecom Services, LLC*, (Cir. Ct. Cook County, Ill. 2017);

*Manouchehri, et al. v. Styles for Less, Inc., et al.*, (S.D. Cal. 2017); *Vergara et al. v. Uber Technologies, Inc.* (N.D. Ill. 2017); *Flahive et al v. Inventurus Knowledge Solutions, Inc.* (Cir. Ct. Cook County 2017); *Zeidel v. A&M (2015) LLC*, (N.D. Ill. 2017); *Truong et al v. Peak Campus Management, LLC* (Cir. Ct. Cook County 2017).

9. The attorneys at McGuire Law have diligently investigated the facts and claims in this matter and will continue to do so. McGuire Law has dedicated significant resources to diligently prosecute this action, including, among other things, investigating the nature of Defendants' biometric program and evaluating the facts giving rise to the claims asserted by the Plaintiff, including potential defenses thereto. McGuire Law, P.C. has the financial resources necessary to fully prosecute this action through trial and to provide the necessary and appropriate notice to the class members should this proposed class be certified.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 26, 2018 in Chicago, Illinois.

/s/ Myles McGuire<br>Myles McGuire