UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CURTIS MCDONALD, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED, a Delaware corporation, and ABM AVIATION, INC., a Georgia corporation,<br><br>*Defendants*. | Case No. 1:17-cv-08154<br><br>Hon. Judge Robert M. Dow<br><br>Hon. Magistrate Judge M. David Weisman |

## DEFENDANTS' NOTICE OF FILING

Defendants ABM Industries Incorporated and ABM Aviation, Inc. hereby provide this Honorable Court with notice that on May 30, 2018, the Illinois Supreme Court granted the petition for leave to appeal filed by Stacy Rosenbach in the *Rosenbach v. Six Flags Entertainment* action. *See Rosenbach v. Six Flags Entertainment Corporation*, No. 123186, 2018 WL 2452269.

Dated: June 18, 2018

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:  /s/ David S. Almeida

David S. Almeida
dalmeida@beneschlaw.com
Mark S. Eisen
meisen@beneschlaw.com
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
333 West Wacker Drive, Suite 1900
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192

*Counsel for ABM Industries Incorporated and ABM Aviation, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of the Court and that copies of the foregoing were transmitted to all parties of record via the Court's CM/ECF electronic filing system.

                                                     /s/ David S. Almeida