UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CURTIS MCDONALD and NADEZHDA NESESUYK, individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiffs*,<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED, a Delaware corporation, ABM AVIATION, INC., a Georgia corporation, and ABM FACILITY SERVICES, INC., a California corporation<br><br>*Defendants*. | Case No. 1:17-cv-08154<br><br>Hon. Judge Robert M. Dow<br><br>Hon. Magistrate Judge M. David Weisman |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Curtis McDonald and Nadezhda Nesesuyk and Defendants ABM Industries Incorporated, ABM Aviation, Inc. and ABM Industry Groups, LLC (incorrectly named as ABM Facility Services, Inc.), by and through undersigned counsel, hereby advise the Court the parties have reached a settlement of Plaintiffs' individual claims in this matter. The Parties anticipate filing a stipulation of dismissal with prejudice within twenty-one (21) days.

DATED: August 9, 2019    Respectfully submitted,

/s/ David S. Almeida

David S. Almeida
dalmeida@beneschlaw.com
Suzanne M. Alton de Eraso
saltondeeraso@beneschlaw.com
Mark S. Eisen
meisen@beneschlaw.com
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
333 West Wacker Drive, Suite 1900
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192

*Counsel for Defendants*

DATED: August 9, 2019    Respectfully submitted,

/s/ Evan M. Meyers

Evan M Meyers
Jad Sheikali
Mcguire Law, P.C.
55 W. Wacker, 9th Floor
Chicago, IL 60601
(312) 893-7002
Email: emeyers@mcgpc.com
Email: jsheikali@mcgpc.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing **NOTICE OF SETTLEMENT** was served upon all interested parties using this Court's ECF filing system this 9th day of August, 2019.

                                                          */s/* David S. Almeida