**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Curtis McDonald, et al.

                                               Plaintiff,

v.                                                                              Case No.: 1:17−cv−08154
                                                                             Honorable Robert M. Dow Jr.

ABM Industries Incorporated, et al.

                                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 12, 2019:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the stipulation of case dismissal [73] filed on 9/11/2019, this action is dismissed with prejudice as to Plaintiffs' individual claims against Defendants and without prejudice as to the claims of the members of the putative class, with all Parties to bear their own fees and costs. Status hearing set for 9/12/2019 is stricken. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.